Argued and submitted October 30, affirmed November 27, 2019

Brian MILLINGTON,
Court Appointed Personal Representative
for the Decedent, Roland Villet,
*Plaintiff-Appellant,*

*v.*

PROGRESSIVE INSURANCE,
a foreign corporation and
Country Preferred Insurance Company,
a foreign corporation,
*Defendants-Respondents,*

*and*

COUNTRY FINANCIAL,
*Defendant.*

Multnomah County Circuit Court
17CV23516; A167161

452 P3d 495

Eric L. Dahlin, Judge.

Travis Eiva argued the cause and filed the briefs for appellant.

Jonathan Henderson argued the cause and filed the brief for respondent Progressive Insurance.

Jeremy C. Rice argued the cause and filed the brief for respondent Country Preferred Insurance Company.

Before DeHoog, Presiding Judge, and Mooney, Judge, and Kistler, Senior Judge.

PER CURIAM

Affirmed. *Perez v. State Farm Mutual Ins. Co.*, 289 Or 295, 613 P2d 32 (1980).